IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                                        Case No. 10-35780
    SLADE, WALTER P. : Chapter 7
    SLADE, ANGELA W.         Judge Lawrence S. Walter
                                                     :
              Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtors certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                                                                  7925 Graceland Street
                                                                                                                  Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**October 4, 2011**                                                                           **/s/ *John Paul Rieser***

Date of Issuance                                                                                John Paul Rieser, Esq.

# NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The property at issue is a 2003 Toyota Highlander ("Vehicle") scheduled by the Debtors. The Debtors scheduled the value of the Vehicle as $7,250.00. The Trustee determined the value of the Vehicle to be $8,862.50 based on the average of the NADA average trade in value ($7,125.00) and the NADA clean retail value ($10,600.00). From this value, the Trustee deducted (1) Debtors' exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00; (2) the average cost of sale amount of $362.50[1]. The non-exempt equity owed to creditors for the Vehicle is $3,900.00 and the Debtors have paid this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 4th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

      Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

      Canice J. Fogarty acflaw_2000@yahoo.com

      Stephen D Miles mmiles@mileslaw.com, sdm@mileslaw.com;lboyce@mileslaw.com

      Wayne P Novick gratefullawyer2@gmail.com, novicklaw@gmail.com

**/s/ *John Paul Rieser***

_____

John Paul Rieser [lrs/890]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:10-bk-35780<br>Southern District of Ohio<br>Dayton<br>Mon Oct  3 15:59:17 EDT 2011 | PNC Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5433 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 |
| American Tax Funding<br>Box 862658<br>Orlando, FL 32886-0001 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Attorney General of Ohio<br>Collections Enforcement Attn:  BNK Staff<br>150 E. Gay St., 21st Floor<br>Columbus, OH 43215-3191 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19886-5026 | Capital One<br>15000 Capital One Drive<br>Richmond, VA 23238-1119 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 248839<br>Oklahoma City OK  731248839 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Chase<br>1820 E. Sky Harbor Cir. South<br>Phoenix, AZ 85034-4810 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Dayton Firefighters Credit Union<br>338 S. Patterson Blvd<br>Dayton, OH 45402-2845 |
| Emerson Keck, Esq.<br>155 W. Fourth St., Ste. 100<br>Dayton, OH 45402 | FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK  731248809 | GC Services<br>6330 Gulfton St.<br>Houston, TX 77081-1198 |
| Global Credit & Collection Corp.<br>300 International Drive, Ste. 100<br>PMB 10015<br>Buffalo, NY 14221-5783 | Great Lakes<br>P.O. Box 3059<br>Milwaukee, WI 53201-3059 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | James E. Swaim<br>Flanagan, Lieberman, Hoffman & Swaim<br>318 W. Fourth St.<br>Dayton, OH 45402-1403 | Montgomery County Treasurer<br>451 West Third Street<br>Dayton, OH 45422-1000 |
| Morris Furniture/GEMB<br>P.O. Box 981438<br>El Paso, TX 79998-1438 | NARS<br>P.O. Box 701<br>Chesterfield, MO 63006-0701 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 |
| Ohio Department of Job & Family Svc<br>150 E. Gay Street 21st Floor<br>Columbus, OH 43215-3191 | Ohio Department of Taxation<br>ATTN:  Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | Ohio Dept. of Job and Family Services<br>Collections Section<br>P.O. Box 182404<br>Columbus, OH 43218-2404 |

| | | |
|---|---|---|
| PNC BANK<br>PO BOX 94982<br>CLEVELAND,OH 44101-4982 | PNC Bank<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | Sue Van Allen Psychologist<br>513 Windsor Park Drive<br>Dayton, OH 45459-4112 |
| US Attorney General<br>200 W. 2nd St.<br>Dayton, OH 45402-1443 | US Attorney General<br>Justice Dept.-Tax Division<br>PO Box 55<br>Washington, DC 20044-0055 | Weltman, Weinberg & Reis<br>175 South Third St.<br>Suite 900<br>Columbus, OH 43215-5177 |
| Angela W Slade<br>133 Old Salem Road<br>Dayton, OH 45415-1341 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Walter Paul Slade<br>133 Old Salem Road<br>Dayton, OH 45415-1341 |
| Wayne P Novick<br>2135 Miamisburg-Centerville Rd<br>Centerville, OH 45459-3814 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>Bankruptcy Dept.<br>P.O. Box 5155<br>Norcross, GA 30091 | Internal Revenue Service<br>Insolvency, Group 1<br>550 Main St., Rm. 3525<br>Cincinnati, OH 45202 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Ohio Bureau of Workers Compensation<br>30 W. Spring St.<br>PO Box 15567<br>Columbus, OH 43215 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dayton Firefighters Federal Credit Union | (u)Ohio Department of Job & Family Services | (d)Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| (d)PNC Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5433 | End of Label Matrix<br>Mailable recipients 39<br>Bypassed recipients 4<br>Total 43 | |